AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:11mj 168-LRA |
| DIEGO GUERRERO, a/k/a "DIEGO | ) |
| ACUNA-GUERRERO, a/k/a "CHEEKS" | ) H12-016m |
| Defendant(s) | ) FS 1-17-12 |

U.S. Magist...

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 23, 2011, _____ in the county of _____ HINDS _____ in the _____ SOUTHERN _____ District of _____ MISSISSIPPI _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Sections 2 and 1201(a)(1) and (c), Title 18, United States Code | On or about September 23, 2011, the defendant, aided and abetted by others unknown, and knowingly acting contrary to law, did conspire to, and did willfully and unlawfully seize, confine, kidnap, abduct, and carry away another person, Latonya King, and did intentionally transport her in interstate commerce from Hinds County, Mississippi, to Beaumont, Texas, for ransom or reward or otherwise in violation of Sections 2 and 1201(a)(1) and (c), Title 18, United States Code. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Myrna T Byrd_
Complainant's signature

Myron T. Byrd, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: October 4, 2011

City and state: Jackson, MS

_Linda R Anderson_
Judge's signature

Linda R. Anderson, U.S. Magistrate Judge
Printed name and title

Certified True Copy
By:
Courtroom Deputy Clerk

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Myron T. Byrd, Special Agent (SA), Federal Bureau of Investigation (FBI), 1220 Echelon Parkway, Jackson, Mississippi, being duly sworn, state:

1. I have been a FBI Special Agent for two years and assigned to the Jackson, Mississippi, office since July of 2009. Prior to my assignment in Jackson, Mississippi, I was employed by the Naval Criminal Investigative Services (NCIS) as an investigator followed by my employment with the North Carolina Highway Patrol as a Trooper. In these positions I have conducted various types of criminal investigations to include illegal immigrants and kidnapping cases.

2. This affidavit is made in support of a complaint and arrest warrant in the name of DIEGO GUERRERO, aka "DIEGO ACUNA-GUERRERO, aka "CHEEKS", date of birth September 12, 1989.

3. I am the FBI agent assigned to the investigation of offenses described herein, and I am familiar with the facts and circumstances of the investigation referred to in this affidavit through information provided to me in oral and written reports by other law enforcement officers.

### Overview of the Criminal Offense

4. Based upon all of the facts recited in the paragraphs below, there is probable cause to believe that DIEGO GUERRERO, aka "DIEGO ACUNA-GUERRERO, aka "CHEEKS", aided and abetted by others unknown, conspired to, and did unlawfully kidnap LATONYA KING and held her for ransom, in violation of Title 18, United States Code, Sections 2 and 1201 (a)(1) and(c).

### Investigative Efforts

5. On 09/23/2011, at approximately 11:00 pm, LATONYA KING was driving onto Interstate 55 North using the Pearl Street entrance ramp near downtown Jackson, Mississippi. A vehicle struck LATONYA KING's vehicle in the rear, and she pulled over onto the shoulder of Interstate 55. A black male exited the vehicle, while another vehicle pulled over in front of LATONYA KING's vehicle and blocked her vehicle. When LATONYA KING got out of the vehicle, the two unidentified black males grabbed LATONYA KING. One of the individuals sprayed LATONYA KING with pepper spray, and the men placed her in a four-door vehicle. Handcuffs were placed on LATONYA KING's hands and duct tape covered her eyes and mouth.

6. The subjects threatened to hurt LATONYA KING if she caused any problems. LATONYA KING advised that the subjects drove her around Jackson, Mississippi. LATONYA KING was later placed into another vehicle. Two other males then

transported her to New Orleans, Louisiana, and then to Texas. After taking LATONYA KING, the subjects allowed LATONYA KING to speak with her husband, SEAN KING, via cell phone and three way calling. LATONYA KING was told that her husband owed money and this was the reason she was kidnapped.

7. On 09/24/2011, at approximately 2:00 pm, SEAN KING received a telephone call at SEAN KING's place of business, the LOCKER ROOM SPORTS BAR, located in Jackson, Mississippi. The caller was believed to be DIEGO ACUNA-GUERRERO, aka "CHEEKS" (hereinafter referred to as GUERRERO) told SEAN KING that he had SEAN KING's wife and SEAN KING needed to come up with $250,000 to pay SEAN KING's debt. SEAN KING advised that he recognized the voice as "CHEEKS'" (GUERRERO's) voice. SEAN KING only knew GUERRERO by the nickname "CHEEKS" and did not know GUERRERO's real name. GUERRERO ("CHEEKS") stated to SEAN KING that once GUERRERO ("CHEEKS") received the money in hand, LATONYA KING would be returned safely. SEAN KING identified CHEEKS (GUERRERO) as being a hispanic male in his early 20's, with tattoos on his neck. SEAN KING told agents that he is familiar with CHEEKS' (GUERRERO'S) voice because SEAN KING has met with CHEEKS (GUERRERO) on previous occasions to broker drug deals between CHEEKS (GUERRERO) and individuals from Jackson, Mississippi. SEAN KING told agents that he has spoken with CHEEKS on the phone many times prior to February of 2011. SEAN KING advised that CHEEKS (GUERRERO) has been calling him from the numbers 713-832-7701 and 769-243-2778 several times since his wife was taken. SEAN KING advised that a drug deal that SEAN KING brokered between CHEEKS (GUERRERO) and another individual resulted in CHEEKS (GUERRERO) not receiving money that was owed for the drugs. SEAN KING has not spoken with him since February of 2011. SEAN KING has been receiving messages from CHEEKS (GUERRERO) about the money CHEEKS (GUERRERO) was owed. SEAN KING was able to identify GUERRERO, the person he knew as "CHEEKS", by a photograph that was presented to him by Agents with the FBI.

8. GUERRERO contacted SEAN KING again on 09/25/2011. GUERRERO insisted that SEAN KING pay $250,000 and his wife would be returned. GUERRERO said that the $212,000 was from an unpaid drug debt, and the $38,000 was a tax. GUERRERO told SEAN KING that he needed to bring the money to Cleveland, Texas. GUERRERO told SEAN KING, "The less money you bring the harder it's going to be for your wife to come home." GUERRERO advised SEAN KING that he needed the money "by 6 or 7 p.m." SEAN KING advised GUERRERO that he was on the way to Houston, Texas, and SEAN KING would call him when he arrived. GUERRERO called SEAN KING approximately seven times from the numbers 713-832-7701 and 769-243-2778, in which SEAN KING did not answer the phone. During the time LATONYA KING was

taken by the men, agents were able to record several calls from GUERRERO (CHEEKS) to SEAN KING wherein GUERRERO (CHEEKS) was making ransom demands for LATONYA KING's return.

9. On 09/26/2011, LATONYA KING was told by an unidentified male voice via cell phone that he would be back next week, and the man threatened that he could reach her or SEAN KING at any time. LATONYA KING was told by the man that SEAN KING had stopped answering his phone calls. LATONYA KING did not recognize the caller's voice and she was never given the identity of the caller. The two men allowed LATONYA KING to talk to this unidentified caller via cell phone they provided to her. LATONYA KING was released by the two men in a residential area of Beaumont, Texas, and was later recovered by FBI Special Agents. LATONYA KING had scrapes and bruises to her hands and legs.

10. On 09/27/2011, after LATONYA KING was released by the two men, GUERRERO called SEAN KING and advised SEAN KING that he may pay his debt back on a weekly basis.

11. Through research of the FBI database it was determined that DIEGO ACUNA-GUERRERO, aka "CHEEKS" is an illegal alien and was deported from the United States in 2009.

## CONCLUSION

12. Based on the above information, your affiant believes there is probable cause for the issuance of an arrest warrant for DIEGO GUERRERO located at 7912 East Magnolia Street, Houston, Texas, for a violation of Title 18 United States Code, Sections 2 and 1201(a)(1) and (c).

MYRON T. BYRD

SPECIAL AGENT

FEDERAL BUREAU of INVESTIGATION

Subscribed to and sworn before me this _____4th_____ day of October 2011.

UNITED STATES MAGISTRATE

SOUTHERN DISTRICT OF MISSISSIPPI